United States District Court
District of Massachusetts

Joan Lauren Schant

v.

NORFOLK FINANCIAL;
DANIEL W. GOLDSTONE, ESQ.;
GOLDSTONE & SUDALTER, PC;
MAUREEN FORSYTH, Esq. Referred to Ch MJ MBbowler

RECEIPT # _____ 65923
AMOUNT $ 250.00
SUMMONS ISS. yes
LOCAL RULE 4.1 CIVIL ACTION
WAIVER OF SERV. _____
IS ISSUED _____
MCF 20/DB 121
BY DPTY CLK
DATE 7-27-05

05 - 11587 MLW

## COMPLAINT

1) The plaintiff is a resident of Boston, SUFFOLK COUNTY, MASSACHUSETTS and a citizen of the United States

2) THE Defendant NORFOLK FINANCIAL is A CREDIT CARD COLLECTIONS AGENCY AND PURCHASER OF CREDIT CARD DEBT. THE DEFENDANT DANIEL W. GOLDSTONE, ESQ. is ONE OF THE PRINCIPALS OF NORFOLK FINANCIAL and of GOLDSTONE & SUDALTER, PC AND is ALSO AN ATTORNEY. THE DEFENDANT GOLDSTONE & SUDALTER, PC is ONE OF THE COMPANIES BELONGING TO DANIEL W. GOLDSTONE AND THE FIRST ENTITY TO MAKE COLLECTION ATTEMPTS. THE DEFENDANT MAUREEN FORSYTH is AN ATTORNEY AND AN

- 2 -

EMPLOYEE AND/OR REPRESENTATIVE OF NORFOLK FINANCIAL AND DANIEL W. GOLDSTONE, ESQ

## JURISDICTION

3) THIS COURT HAS JURISDICTION OVER THIS MATTER PURSUANT TO 28 U.S.C. 51331 (51331).

## FACTS

4) ON JULY 28, 2005 and AUGUST 16, 2004 NORFOLK FINANCIAL CORP. DANIEL W. GOLDSTONE, ESQ., AND MAUREEN FORSYTH, ESQ., CAUSED NOTICES TO BE MAILED TO PLAINTIFF "JOAN SCHAUB" THAT MADE, MISREPSENTATIONE<u>FALSE</u>

OF THE <u>AMOUNT</u> OF DEBT THAT MAY BE DUE TO THEM AS PURCHASERS OF CREDIT CARD DEBT —— AND CONTINUING A <u>PATTERN</u> OF, MISREPRESENTATION <u>FALSE</u> OF ALLEGED DEBT AMOUNTS BEGUN WITH COLLECTION PRACTICES OF GOLDSTONE & SUDALTER, P.C.

5) DEFENDANTS SENT THIS NOTICES OF FALSE MISREPRESENTATION OF THE AMOUNTS OF DEBT ALLEGED DUE THEM IN CONNECTION WITH COURT PROCEEDINGS AT THE STATE ~~TELE~~ LEVEL KNOWING THE AMOUNTS TO BE FALSE ~~AND~~ — ALTHOUGH PLAINTIFF DID NOT KNOW THEY WERE FALSE.

6) DEFENDANTS ENGAGED IN A CONTINUING PATTERN OF MISREP- RESENTATION AND OTHER HARASSMENT AGAINST PLAINTIFF CAUSING PLAINTIFF SIGNIFICANT EMOTIONAL DISTRESS AND OTHER EFFECTS

7) WHEREFORE, the plaintiff demands judgment against the defendants For damages and SUCH OTHE RELIEF AS THIS COURT DEEMS JUST.

8) PLAINTIFF ~~REQUESTS~~ DEMANDS TRIAL BY JURY.

Plaintiff, Pro-Se

Joan LAUREN SCHAUB

35 APPLETON ST.
BOSTON, MASS 02116
617.542.0365

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOAN LAUREN SCHAUB

DEFENDANTS NORFOLK FINANCIAL; DANIEL W. GOLDSTONE, ESQ; GOLDSTONE & SUDALTER, PC.;

(b) County of Residence of First Listed Plaintiff    SUFFOLK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

35 APPLETON ST.
BOSTON, MA. 02116

(c) Attorney's (Firm Name, Address, and Telephone Number)
617.542.0365    PRO-SE

05-11587 MLW

Attorney's (If Known)
MARK ____, ESQ.

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USCS 1692e

Brief description of cause:
FALSE REPRESENTATION OF AMOUNT OF debt

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only) _JOAN LAUREN SCHAUB VS._
_NORFOLK FINANCIAL / ~~DANE~~ DANIEL W. GOLDSTONE ESQ._

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
rule 40.1(a)(1)).

    ☐   I.      160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐   II.     195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    ☐   III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

    ☑   IV.     220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

    05-11587 MLW

    ☐   V.      150, 152, 153.

3.  Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this
district please indicate the title and number of the first filed case in this court.

    _____

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                YES  ☐        NO  ☑

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
§2403)

                                                YES  ☐        NO  ☐

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                YES  ☐        NO  ☐

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                YES  ☐        NO  ☐

7.  Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of
Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                YES  ☐        NO  ☐

    A.      If yes, in which division do all of the non-governmental parties reside?

            Eastern Division  ☐          Central Division  ☐          Western Division  ☐

    B.      If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
            residing in Massachusetts reside?

            Eastern Division  ☐          Central Division  ☐          Western Division  ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes,
submit a separate sheet identifying the motions)

                                                YES  ☐        NO  ☐

(PLEASE TYPE OR PRINT)  _PRO - SE_
~~ATTORNEY'~~S NAME _____ _JOAN LAUREN SCHAUB_
ADDRESS _____ _35 Boston Appleton St. Boston 02116_
TELEPHONE NO. _617.542.0365_

(CategoryForm.wpd - 5/2/05)