UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JOAN LAUREN SCHAUB
                              Plaintiff

                                                          CIVIL ACTION

            V.
                                                          NO.  05-11587-MLW

NORFOLK FINANCIAL CORP. et al
                              Defendant

O R D E R

Wolf, D. J.

        The complaint in the above-entitled action was filed on JULY 27, 2005.  As of this

date there has been no return to the Court of proof of service of the summons and

complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule

4.1(b) of the Local Rules of this Court.

        Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and

Local Rule 4.1(b), the above-entitled action will be dismissed, without prejudice in twenty

(20) days from the date of this Order unless a proof of service is filed or good cause shown

why service has not been made.



                                                          By the Court,



March 20, 2006                                            /s/ Dennis O'Leary
        Date                                              Deputy Clerk

(4mdism-notice.wpd - 12/98)                                      [o4m]