UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**JOAN LAUREN SCHAUB**</u>
        **Plaintiff**

V.

<u>**NORFOLK FINANCIAL CORP. et al**</u>
        **Defendant**

**CIVIL ACTION**

NO. <u>05-11587-MLW</u>

<u>**ORDER OF DISMISSAL**</u>

<u>**WOLF, D.J.**</u>

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on <u>March 20, 2006</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                                    **By the Court,**

<u>**June 8, 2006**</u>                                            <u>/s/ Dennis O'Leary</u>
     **Date**                                                         **Deputy Clerk**

(4mdism.ord  - 09/96)                                                                                   [odism.]